UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES D. CRUCE, MORRIS ALVEY, and DEBBIE ALVEY, individually and as parents/grandparents and next of kin of MICHAEL CRUCE, MONICA CRUCE, JOSHUA CRUCE and STEPHEN CRUCE <br><br> Plaintiffs, <br><br> v. <br><br> CHASE FAKES, DANNY W. SELLARS, EDGAR CONLEY, ROBERT CONLEY, ZHAO YITING, DONALD SCOTT FAKES, LANE CONSTRUCTION CORPORATION (THE) AECOM C&E, INC., AECOM SERVICES, INC., AECOM TECHNICAL SERVICES, INC., AECOM USA, INC., and SHANE J. LOVELL, <br><br> Defendants. | No.: 3:15-00682 <br> (Related Case: No. 3:15-0861) <br> Judge Sharp |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court rules as follows:

(1) The Motions to Dismiss Edgar Conley's Second Amended Cross-Complaint filed by (a) Defendants Aecom Technical Services, Inc. (Docket No. 123), and (b) Defendants AECOM C & E, Inc., AECOM Services, Inc. and AECOM USA, Inc. (Docket No. 125) are DENIED.

(2) The Motion to Dismiss Edgar Conley's Second-Amended Cross-Complaint filed by Lane Construction Corporation (Docket No. 129) is hereby GRANTED and Edgar Conley's claim against that Defendant is hereby DISMISSED WITH PREJUDICE.

This matter is returned to Magistrate Judge Holmes for further pretrial case management.

1

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE